# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| U.S. Ethernet Innovations, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Samsung Electronics Co., LTD,<br>Samsung Electronics America, Inc.,<br>Samsung Telecommunications America, LLC,<br>Samsung Austin Semiconductor, LLC, and<br>Oki Data Americas, Inc.,<br><br>Defendants. | Civil Action No. 6:12-cv-398<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney of record for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Telecommunications America, LLC and Samsung Austin Semiconductor, LLC (together "Samsung") in the above matter.

Dated: April 10, 2013

Respectfully submitted,

/s/ John Wittenzellner
John Wittenzellner
AKIN GUMP STRAUSS HAUER &
FELD, LLP
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA 19103
Telephone: (215) 965-1200
Facsimile: (215) 965-1210

*Attorney for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Telecommunications America, LLC and Samsung Austin Semiconductor*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2013, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court for the District of Texas using the ECF System which will send notification to the registered participants of the ECF System as listed on the Court's Notice of Electronic Filing.

/s/ John Wittenzellner
John Wittenzellner