IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| U.S. Ethernet Innovations, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Oki Data Americas, Inc. and et al.,<br><br>Defendants. | Civil Action File No.<br>6:12-cv-398-MHS |

## STIPULATION OF JOINT DISMISSAL WITH PREJUDICE OF ALL CLAIMS [AND COUNTERCLAIMS] BETWEEN PLAINTIFF AND DEFENDANT OKI DATA AMERICAS, INC.

Plaintiff U.S. Ethernet Innovations, LLC ("US Ethernet") hereby **DISMISSES, WITH PREJUDICE AND NO RIGHT OF APPEAL** the claims asserted by US Ethernet against Oki Data Americas, Inc. ("ODA") in this action. Each side shall bear its own costs, expenses and attorneys' fees.

**SO STIPULATED on November 12, 2013.**

| | |
|---|---|
| */s/ John C. Herman* | */s/ Marc R. Labgold, Ph.D.* |
| John C. Herman | Marc R. Labgold, Ph.D. |
| Robbins Geller Rudman & Dowd LLP | Nagashima & Hashimoto |
| 3424 Peachtree Rd., N.E., Suite 1650 | 12007 Sunrise Valley Drive, Suite 110 |
| Atlanta, GA 30326 | Reston, VA 20191 |
| Tel: (404) 504-6500 | Tel: (703) 901-8860 |
| jherman@rgrdlaw.com | mlabgold@labgoldlaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ John C. Herman*
John C. Herman